UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME VINING,<br><br>        Plaintiff,<br><br>    v.<br><br>PRIVATE CONTRACTOR, GEO GROUP, et.al.,<br><br>        Defendants. | Case No. 23-cv-02263 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a federal inmate proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. The events of which Plaintiff complains occurred at the United States Penitentiary, Thomson, which is located in Thomson, Illinois. *See* Dkt. No. 1 at 1. The institution is within the Northern District of Illinois. *See* 28 U.S.C. § 93(a)(2). Venue therefore is proper in the Northern District of Illinois, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Northern District of Illinois. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: May 25, 2023

                                                    NATHANAEL M. COUSINS
                                                    United States Magistrate Judge